UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MICHAEL LAVENTURE,

      Plaintiff,

v.                                           Case No. 1:07-cv-942
                                            Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

**ORDER**

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration denying his claim for benefits.

Plaintiff failed to filed an initial brief as required by the court's order directing filing of briefs. On April 30, 2008, the court ordered plaintiff to show cause why his suit should not be dismissed for failure to comply with the court's order and for lack of prosecution. *See* W.D. Mich. LCivR 41.1. In a timely response to this order, plaintiff indicates that he intends to pursue this appeal but has had difficulty retaining an attorney. Under these circumstances, the court finds that plaintiff has shown good cause for failing to prosecute this case in a timely matter.

Defendant should view plaintiff's response (docket no.15) as his initial brief. Defendant shall file his brief by **June 27, 2008**. Plaintiff's reply brief, not to exceed five pages, is due **July 7, 2008**.

**IT IS SO ORDERED.**

Dated:  May 27, 2008                                    /s/ Hugh W. Brenneman, Jr.
                                                        HUGH W. BRENNEMAN, JR.
                                                        United States Magistrate Judge