UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MICHAEL LAVENTURE

    Plaintiff,

v.                                              Case No. 1:07-CV-942

COMMISSIONER OF                      HON. GORDON J. QUIST
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

In accordance with this Court's Opinion filed on March 12, 2009,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued December 23, 2008 (docket no. 19), is **APPROVED AND ADOPTED** as the Opinion of this Court, and the ALJ's decision denying benefits to Plaintiff is **AFFIRMED**.

This case is **concluded**.


Dated:  March 12, 2009                                      /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE